# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00235          Recorder: CS 05/31/2023          Date: 05/31/2023

Present: The Honorable Alka Sagar, U.S. Magistrate Judge

Court Clerk: Alma Felix                                    Assistant U.S. Attorney: Joseph DeLeon

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DAMIAN ROBERT STANEK BOND-PRESENT | DANIEL NATAL DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
        Jury Trial 8/01/2023 at 8:30 AM
        Pre-trial Conference 7/19/2023 at 2:30 PM
        Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The government is ordered to turn over any discovery within two weeks after PIA. If there are any problems regarding discovery, counsel are to file a joint report within one week of the discovery deadline, or request for a status conference.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: AF by TRB